# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LEROY ALPHONSO MATTHEW NELSON, ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| v. ] | 4:11-cv-3841-KOB-RRA |
| ] | |
| ERIC H. HOLDER, JR., et al., ] | |
| ] | |
| Respondents. ] | |

## MEMORANDUM OPINION

The petitioner filed his habeas corpus petition pursuant to 28 U.S.C. § 2241 (doc. 1). The magistrate judge entered a report and recommendation recommending that the court dismiss this action as moot (doc. 13). No parties have filed any objections.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court ADOPTS AND APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The court finds that this action is due to be DISMISSED as MOOT. The court will enter a separate order.

DONE and ORDERED this 13th day of June, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE